IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00138-WYD-MEH

SHANITA LEWIS,

    Plaintiff,

v.

YOUTHBIZ, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 24), filed July 11, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the  Stipulation for Dismissal With Prejudice (ECF No. 24) is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:  July 12, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge